**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES CLARKE, for himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLIK INTERNATIONAL CORP. and COMPASS GROUP USA, INC.,<br><br>Defendants. | Civil Action No. 17-1915 (SRC)<br><br>**ORDER** |

**CHESLER**, District Judge

This matter having come before the Court on the joint motion for approval of the settlement this action, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) [ECF 78]; and the Court having reviewed the motion papers, including the proposed Settlement Agreement submitted as Exhibit 1 to the motion; and the Court having opted to rule on the motion based on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 14th day of February, 2020,

**ORDERED** that the parties' joint motion for approval of the settlement of this action [ECF 78] be and hereby is **GRANTED**; and it is further

**ORDERED** that, pursuant to 29 U.S.C. § 216(b), the proposed settlement, as set forth in the Settlement Agreement attached as Exhibit 1 to the motion filed on the docket at ECF 78, is

1

approved as a fair and reasonable resolution of a bona fide dispute under the FLSA; and it is further

**ORDERED** that, without affecting the finality of this Order, the Court will retain jurisdiction to enforce the terms of the Settlement Agreement and preside over any issues flowing from distribution of the settlement proceeds; and it is further

**ORDERED** that this action be and hereby is **DISMISSED WITH PREJUDICE**.

                                                s/ Stanley R. Chesler
                                              STANLEY R. CHESLER
                                              United States District Judge